IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| INTERSCOPE RECORDS, A California General Partnership, and FONOVISA, Inc., A California Corporation, | ) ) ) ) | CASE NO. 8:06CV554 |
| Plaintiffs, | ) ) | ORDER OF DISMISSAL |
| V. | ) ) | |
| GONZALO ROMERO, | ) ) | |
| Defendant. | ) | |

The Plaintiffs have filed a notice of voluntary dismissal, and I find that it complies with Fed. R. Civ. P. 41(a)(1). Accordingly,

IT IS ORDERED:

1. The Plaintiffs' Notice of Case Dismissal Without Prejudice (Filing No. 9) is approved;

2. The Complaint is dismissed without prejudice; and

3. The parties shall pay their own costs and attorney fees.

DATED this 16th day of February, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge